# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

136202

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 136202
COA: 269298
Genesee CC: 05-017154-FC

OMAR RASHAD POUNCY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

t0721